UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

PLATT, CLIFFORD R. (L4SSN:7487),   *Chapter 13
PLATT, KRISTINA R. (L4SSN:0995),
Debtor (s)                         * Case No. 11-40123

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $1,000.00 monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following **long-term debts**: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT |
|---|---|---|
| | | |

(c) Preconfirmation **adequate protection** payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| Farmers State Bank | F-250 @ $50.00/mo |
| Farmers State Bank | VW @ $30.00/mo |

(d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred **within 910 days** of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred **within 1 year** of filing. See § 1325(a)

| NAME OF CREDITOR | AMOUNT DUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|
| Farmers State Bank | $5,500 | 4.25% | 04' F-150(<910) | $110.00 |
| Farmers State Bank | $1,300 | 4.25% | 01' VW (<910) | $26.00 |

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| Farmers State Bank | $2,000 | $6,000 | 4.25% | '00 Hornet Camper 28' | $40.00 |
| Wells Fargo | $3,591 | $2,000 | 4.25% | Hot Tub (>1 year) | $40.00 |

(f) *Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $3,000 to be paid as follows:
Pursuant to the Administrative Order of August 17, 2007

(g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | ESTIMATED PAYMENT |
|---|---|---|---|---|---|
| Green Tree | $900 | N/A | Contract | MH Arr | $20.00 |

(h) The following collateral is surrendered to the creditor:
NAME OF CREDITOR          DESCRIPTION OF COLLATERAL

(i) The following **domestic support** obligations will be paid over the life of the plan as follows: (These payments will be made simultaneously with payment of the secured debt to the extent funds are available and will include interest at the rate of ___%. (If this is left blank, no interest will be paid.)
NAME OF CREDITOR          PAYMENT AMOUNT

(j) The following claims are **classified** to be paid at 100%. These payments will not be made simultaneously with payment of the secured debt:_____

(k) All other 11 U.S.C. § 507 **priority** claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(l) The debtor(s) will be the disbursing agent on the following debts: **Mobile Home payments to Green Tree beginning March 2011**

(m) Special provisions:(1) "Long Term" debt shown in paragraph 2(b) and debts shown in paragraph 2(l) above shall retain the lien securing such claim until the completion of the payment of the underlying debt as determined under non bankruptcy law. Any other **allowed secured claim provided for by this plan** shall retain the lien securing such claim: **However**, within **thirty (30) days** of either; (a)completion of the payment of the underlying debt as determined under nonbankruptcy law, or (b)discharge from bankruptcy {whichever shall occur first}, the holder of such claim shall release its lien and return any title documents to the owner as listed on the Certificate of Title (unless there is a joint "Owner" on the Certificate of Title who is not protected under the bankruptcy) with the lien satisfied. {Including, but not limited to, any secured debt to any creditor **holding a certificate of title** on a vehicle or mobile home.}
   (2) Collateral being paid for by the debtor does not revest upon confirmation.
   (3) Debtor will not protect any co-signers on any debts unless otherwise specified above.

(4) To the extent allowed under 11 USC §522(f), upon discharge, all non-possessory liens and/or judicial/statutory liens {except those for domestic support obligations under 11 USC §523(a)(5)}will be avoided, and all Creditors shall cancel said lien(s) of record within fifteen (15) days of notice of discharge. These Creditors shall include, but are not limited to the following:

**JUDGMENTS:** _____

**NPHGS:** _____

(5) Payroll Deduction has already been requested from Husband/Columbus Quarry.

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three)

(i) Debtor will pay all of his disposable income as shown on Form B22C of $20,698.80 to the non priority unsecured creditors in order to be eligible for a discharge.(CMI)

(ii) If the debtor filed a Chapter 7 case, the unsecured creditors would receive $0.00. Debtor will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge. (UNEX)

(iii) The debtor will pay $4,000.00 to the general unsecured creditors to be distributed prorata.(LUX)(CAMP)(TUB)

(o) General unsecured creditors whose claims are duly proven and allowed will be paid (choose one only)

(a) $24,698.80 dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

(b) the debtor(s) will make payments for ___ months and anticipates a dividend of ____%, but will also exceed the highest amount shown in paragraph (n)(i), (n)(ii) or (n)(iii) above.

Date 2-24-11

_Charles R. Hunt, Atty for Debtor_

**DOCUMENT PREP. BY:** CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842☎ Fax Available on Request PH.(229)995-4868
E-mail: chuntadmin@windstream.net

END OF DOCUMENT

Z:\BNK-PLANS++\Platt,C&K.ch13plan2.wpd